**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| THE ESTATE OF ALLEN REUBEN, DECEASED<br><br>Plaintiffs,<br><br>v.<br><br>HOPE4CANCER INSTITUTE, LLC, ANTONIO JIMENEZ, MD, and DEWAYNE SMITH PhD, Individually<br><br>Defendants. | Civil Action No.<br><br>3:15-cv-2357-D<br><br>***Jury Trial Requested*** |

**APPENDIX IN SUPPORT**

| **Appendix Pages** | **Document** |
|---|---|
| 001-002 | Declaration of Dewayne Smith, PHD |
| 003 | Exhibit A - Certificate of Existence – Delta Member Services, Inc. – February 24, 2016 |
| 004-009 | Exhibit B - Articles of Incorporation – Delta Member Services, Inc. (with attached Articles of Conversion from Delta Member Services, LLC) |
| 010-019 | Exhibit C – Dr. Allen Reuben’s Signed Delta Wellness Club Private Research Club Membership Agreement dated June 20, 2012 |
| 020-021 | Exhibit D – Obituary of Dr. Allen Reuben as published in the Dallas Morning News from August 16-17, 2012 |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| THE ESTATE OF ALLEN REUBEN, DECEASED<br><br>Plaintiffs,<br><br>v.<br><br>HOPE4CANCER INSTITUTE, LLC, ANTONIO JIMENEZ, MD, and DEWAYNE SMITH PhD, Individually<br><br>Defendants. | Civil Action No.<br><br>3:15-cv-2357-D<br><br>***Jury Trial Requested*** |

# DECLARATION OF DEWAYNE SMITH, PHD

My name is Dewayne Smith, PhD. I am above the age of eighteen. I am in all ways competent to make this declaration and have personal knowledge of the facts set forth herein.

I am President of Delta Member Services, Inc., a Utah corporation. A true and correct copy of the Certificate of Existence is attached to this Declaration dated as of today, February 24, 2016 (Exhibit A). A true and correct copy of the Articles of Incorporation for Delta Member Services, Inc. are attached as Exhibit B.

On or about June 9, 2012, Mr. Rex Nichols contacted be by phone while I was in Utah. He called regarding a potential investment in Cancun, Mexico.

His wife also had cancer and was interested in a membership club that allowed access to a website run and maintained by Delta Member Services, Inc. providing information and access to products. As a result of that contact, Mr. Nichols stated he wanted to enroll Dr. Allen Reuben as a member.

On June 20, 2012, Dr. Reuben electronically signed the "Delta Wellness Club Private Research Club Agreement" with Delta Member Services, Inc. Delta Member Services, Inc. later received payment of $6,500.00 payment for that membership.

A true and correct copy of that agreement as signed electronically by Dr. Reuben is attached to this declaration as Exhibit C.

I am a citizen and resident of the State of Utah. My communications with Dr. Reuben were regarding Delta Member Services, Inc. and the information, products and referrals on that member website.

I made no representation to Dr. Reuben, individually or on behalf of Delta Member Services, Inc., that I could cure his terminal brain cancer or that I could stop the growth of his terminal brain cancer. The agreement attached as Exhibit C, signed by Dr. Reuben is very clear about what is and is not to be provided and that there were no guaranties of any kind.

Pursuant to the agreement attached as Exhibit C, Delta Member Services, Inc. provided access to the member benefits in the agreement. The agreement applies Utah law and requires Utah arbitration in the case of any dispute arising out of the agreement or the member terms and benefits. The above case regards the representations/disclaimers made in the agreement.

My only contact with Dr. Reuben was related to and as a representative of Delta Member Services, Inc. I did not contact him in my individual capacity.

Exhibit D attached here is a true and correct copy of the obituary of Dr. Reuben published in the Dallas Morning News from August 16 to 17, 2012 showing his date of death, August 13, 2012.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that the Exhibits attached here are true and correct copies of the originals and are what they claim to be.

Date: February 24, 2016 signed in Herriman, Utah.

Dewayne Smith, PhD

**Utah Department of Commerce**
**Division of Corporations & Commercial Code**
160 East 300 South, 2nd Floor, PO Box 146705
Salt Lake City, UT 84114-6705
Service Center: (801) 530-4849
Toll Free: (877) 526-3994 Utah Residents
Fax: (801) 530-6438
Web Site: http://www.commerce.utah.gov

02/24/2016
8025959-014202242016-2919952

# CERTIFICATE OF EXISTENCE

| | |
|---|---|
| **Registration Number:** | 8025959-0142 |
| **Business Name:** | DELTA MEMBER SERVICES, INC. |
| **Registered Date:** | June 15, 2011 |
| **Entity Type:** | Corporation - Domestic - Profit |
| **Current Status:** | Good Standing |

The Division of Corporations and Commercial Code of the State of Utah, custodian of the records of business registrations, certifies that the business entity on this certificate is authorized to transact business and was duly registered under the laws of the State of Utah. The Division also certifies that this entity has paid all fees and penalties owed to this state; its most recent annual report has been filed by the Division (unless Delinquent); and, that Articles of Dissolution have not been filed.

Kathy Berg
Director
Division of Corporations and Commercial Code

EXHIBIT
A

# ARTICLES OF INCORPORATION

# OF

# DELTA MEMBER SERVICES, INC.

We, the undersigned, natural persons of the age of eighteen years or more, acting as incorporators of a corporation under the Utah Revised Business Corporation Act (the "Act"), adopt the following Articles of Incorporation for such corporation:

## ARTICLE 1
## NAME

The name of this corporation is DELTA MEMBER SERVICES, INC.

## ARTICLE 2
## DURATION

The period of its duration is perpetual unless sooner terminated according to law.

## ARTICLE 3
## PURPOSES

The purpose of the corporation shall be to conduct any or all lawful business for which corporations may be organized under this Act.



EXHIBIT B

## ARTICLE 4
## STOCK

The aggregate number of shares which the corporation shall be authorized to issue is fifty thousand shares at $0.01 par value. All stock of this corporation shall be of the same class, common, and shall have the same rights and preferences. Fully paid stock of this corporation shall not be liable to any call and is non-assessable. The Common Stock shall be entitled to one (1) vote per share of Common Stock and shall be entitled to receive the net assets of the corporation upon distribution.

## ARTICLE 5
## PRE-EMPTIVE RIGHTS

A shareholder shall have no pre-emptive rights to acquire any securities of this corporation.

## ARTICLE 6
## INITIAL CAPITALIZATION

This corporation will not commence business until consideration of a value of at least Eight Hundred Fifty Dollars has been received for the issuance of shares.

## ARTICLE 7
## INITIAL OFFICE AND AGENT

The address of this corporation's initial registered office and the name of its initial registered agent at such address is:

| NAME | ADDRESS |
|---|---|
| Linda Smith | 5526 West 13400 South, #318<br>Herriman, Utah 84096 |

Said registered agent acknowledges such appointment by execution of this document at the conclusion hereof.

## ARTICLE 8
## INITIAL OFFICERS

The names and addresses of persons who are to serve as the officers of the company until the first annual meeting of Directors, or until their successors are elected and qualify, are:

| NAME | OFFICE | ADDRESS |
|---|---|---|
| Dewayne Smith | President | 5526 West 13400 South, #318<br>Herriman, UT 84096 |
| Linda Smith | Secretary/Treasurer | 5526 West 13400 South, #318<br>Herriman, UT 84096 |

**ARTICLE 9**
**DIRECTORS**

The number of Directors constituting the initial Board of Directors of this corporation is two. The names and addresses of persons who are to serve as Directors until the first annual meeting of stockholders, or until their successors are elected and qualify, are:

| NAME | ADDRESS |
|---|---|
| Dewayne Smith | 5526 West 13400 South, #318<br>Herriman, UT 84096 |
| Linda Smith | 5526 West 13400 South, #318<br>Herriman, UT 84096 |

**ARTICLE 10**
**INCORPORATORS**

The name and address of each incorporator is:

| NAME | ADDRESS |
|---|---|
| Dewayne Smith | 5526 West 13400 South, #318<br>Herriman, UT 84096 |
| Linda Smith | 5526 West 13400 South, #318<br>Herriman, UT 84096 |

**ARTICLE 11**
**MEETINGS OF SHAREHOLDERS**

At any meeting of the shareholders, a majority of the shares entitled to vote, represented in person or by proxy, shall constitute a quorum and if a quorum is present, the affirmative vote of a majority of the shares represented at the meeting and entitled to vote on the subject matter shall be the act of the shareholders, unless the vote of a greater number or voting by classes is required by law, by these Articles of Incorporation, or by the by-laws.

**ARTICLE 12**
**DIRECTORS' POWER**

The Board of Directors shall have full power, without the consent of the stockholders of the corporation, to buy, receive, use, sell, mortgage, lease or bond, or otherwise dispose of any or all of the property of this corporation, both real and personal. No Director shall be personally liable to the corporation or its shareholders for monetary damages for breach of fiduciary duty as a Director except as required by the Utah Revised Business Corporation Act, as amended.

IN WITNESS WHEREOF, the said incorporators and registered agent have hereunto set their hands under penalty of perjury this 9 day of FEB, 2012.

Dewayne Smith, Incorporator

Linda Smith, Incorporator

Linda Smith, Registered Agent

State of Utah
Department of Commerce
Division of Corporations & Commercial Code
Articles of Conversion

1. The articles of conversion shall state:

**Entity Number:** 8025959-0160

**First:** The name and entity type of the company immediately prior to the filing of the articles of conversion:

**Name:** DELTA MEMBER SERVICES, LLC

**Entity Type (Corp, LLC, LP, Partnership, DBA, etc.):** LLC

**Second:** The date and state where the company was first created and, if it has changed, its jurisdiction immediately prior to its conversion;

06/15/2011 — Date of formation

Utah — State / Jurisdiction

**Third:** The name and entity type of the company as set forth in its converted entity filing;

**Name:** DELTA MEMBER SERVICES, INC.

**Entity Type:** Corporation

**Fourth:** The future effective date of the conversion to the new entity if it is not to be effective upon the filing of the articles of conversion;

______________________________

**Fifth:** Under penalties of perjury, I declare that the articles of conversion have been duly approved by the owners of the entity.

Dated: 2/9/2012

By: [signature]

Title: Manager

2. **Additional filing requirements:** The non-refundable processing fee of $37.00 payable to the State of Utah, and application for new entity must accompany this form. No additional fee for the new application.

Under GRAMA {63-2-201}, all registration information maintained by the Division is classified as public record. For confidentiality purposes, you may use the business entity physical address rather than the residential or private address of any individual affiliated with the entity.

ing/Faxing Information: www.corporations.utah.gov/contactus.html Division's Website: www.corporations.utah.gov

# DELTA WELLNESS CLUB
# PRIVATE RESEARCH CLUB MEMBERSHIP AGREEMENT

This membership agreement (the "Agreement"), effective as of **6/20/2012** (the "Effective Date"), is entered into by Allen Reuben, an inhabitant of Texas and DELTA MEMBER SERVICES, INC., a Utah Corporation, ("Club").

WHEREAS, the private Club intends to provide Applicant access to its web based case management platform along with a variety of wellness based resources intended to address issues of bio-electric depletion and other general health related issues, and wishes to determine whether Applicant meets the criteria for membership in the Club, and confirm certain information provided by the Applicant, and provide for the release of liabilities.

WHEREAS, the Applicant wishes to apply for private membership to gain access to the member value-added benefits, research programs, proprietary technologies and other educational resources available only by and through the private membership Club, and

WHEREAS if accepted for membership into the Club as a member, Applicant will be required to abide by the terms and conditions of membership,

NOW THEREFORE, for the mutual promises given and received herein, and for other good and valuable consideration, the receipt and adequacy of which is hereby acknowledged, it is hereby agreed as follows;

**1. Club Purpose.** The purpose of the Club is to offer members outstanding opportunities and general health support during their health restoration journey. By signing this document the member acknowledges the following disclosures regarding legal restrictions and intended use guidelines:

a. That CLUB, and its authorized representatives, through phone, internet, and document related disclosures have duly informed me that the modalities and services offered through CLUB have not been evaluated by the Food and Drug Administration.

b. That CLUB and its authorized representatives, through phone, internet, and document related disclosures have duly informed me that the modalities and services offered through CLUB are NOT considered scientific by the FDA, nor are they recognized.

c. That the modalities and services offered through CLUB and its authorized representatives, are for private members only and should not in any way be used as a substitute for approved medical treatments recognized by the FDA, or other applicable agencies of government.

EXHIBIT C

d. That the modalities and services offered through CLUB and its authorized representatives are not intended to be interpreted as medical advice.

e. That I have been duly instructed through CLUB to consult with a government authorized physician before deciding to participate in the various programs offered through CLUB.

f. That CLUB, and its authorized representatives, through phone, internet, and document related disclosures have duly informed me that Education and general information offered through CLUB is never intended to diagnose, treat, cure, or prevent any disease.

g. That CLUB, and its authorized representatives, through phone, internet, and document related disclosures have duly informed me that any and all of the activities and services performed at CLUB, are not to be used to replace the services or instructions of a physician or qualified health care practitioner.

h. That I have been duly instructed by CLUB and its authorized representatives to consult a health care provider before beginning any cleanse, diet, detoxification program, bio-electric modalities, homeopathic energy catalysts, or any supplement regimen.

i. That CLUB and its authorized representatives have duly informed me that any use or education regarding the use of complementary medicine, foods, diet, treatments, nutritional supplements, homeopathy, colon cleansing, water, energy, bio-electric depletion, general toxicity, and others topics are for general health related issues and/or educational purposes and are not intended as medicinal, diagnostic, or for any prescriptive use.

j. That I hereby swear that CLUB and its authorized representatives have never made any medical claims regarding the use of any and all modalities offered through CLUB.

k. That CLUB and its authorized representatives have duly informed me that the use of any electrical or energy based instrument, apparatus, implement, machine, contrivance, reagent, supplement, dietary item, homeopathic substance, nutritional or oxidative based treatment', oxidative therapy, sauna therapy, exercise equipment and protocol, or other similar or related article used by CLUB on behalf of its members, including a component part, or accessory is not recognized in the official National Formulary, or the United States Pharmacopoeia, or any supplement to them.

l. That CLUB and its authorized representatives have duly informed me that the use of any electrical or energy based Instrument, apparatus, implement, machine, contrivance, reagent, supplement, dietary item, homeopathic substance, nutritional or oxidative based IV', oxidative therapy, sauna therapy, exercise equipment and protocol, or other similar or related article used by CLUB on behalf of its members, including a component part, or accessory is not intended for use in the diagnosis of disease or other conditions, or in the cure, mitigation, treatment, or prevention of disease, in man or other animals.

m. That CLUB and its authorized representatives have duly informed me that the use of any

electrical or energy based Instrument, apparatus, implement, machine, contrivance, reagent, supplement, dietary item, homeopathic substance, nutritional or oxidative based IV', oxidative therapy, sauna therapy, exercise equipment and protocol, or other similar or related article used by Delta Member Services on behalf of its members, including a component part, or accessory is not intended to affect the structure or any function of the body of man or other animals, and achieves its primary intended purposes through non chemical action upon an underlying Sub-Quantum Esoteric Field, (SQEF), residing within the energy fields of man or other animals.

n. That CLUB and its authorized representatives have duly informed me that the use of any electrical or energy based Instrument, apparatus, implement, machine, contrivance, reagent, supplement, dietary item, homeopathic substance, nutritional or oxidative based IV', oxidative therapy, sauna therapy, exercise equipment and protocol, or other similar or related article used by CLUB on behalf of its members, including a component part, or accessory is not dependent upon being metabolized for the achievement of any of its primary intended purposes, though increased efficiency in metabolism or cellular function may present as an unintended collateral effect.

o. That CLUB and its authorized representatives have duly informed me through repetitive disclosures, both oral and written, that every aspect of CLUB's services are intended to effect nothing beyond the Sub-Quantum Esoteric Field, (SQEF).

p. That CLUB and its authorized representatives have duly informed me through repetitive disclosures, both oral and written, that this field (SQEF) is represented as a quasi-quantum entanglement of energy and should not be interpreted as having any relationship to particles, atoms, molecules, matter, motion, time, energy, or force, including but not limited to the composition, structure, or properties of any such measurable scientific construct.

q. That CLUB and its authorized representatives have duly informed me through repetitive disclosures, both oral and written, that the SQEF can only be understood as a non-corporeal, immaterial metaphysical substance. It could be further defined as a ubiquitous, non-quantifiable substance or energy.

**2. Membership privileges.** Upon acceptance as a Club member, Applicant shall have all of the present benefits and privileges of membership for the duration of Applicant's active membership.

**a.** Access to proprietary technologies and nutraceuticals.

**b.** Access to self-treatment resources, research, information and education.

**c.** Access to preventative or anticipatory pro-health resources and programs

**d.** Access to virtual medical culture.

**e.** Access to hybrid clinical affiliates.

**f.** Access to priority research and development.

**g.** Access to empowered global education and information exchange.

**3. Applicant Seeks Membership.** Applicant wishes to become a member of the Club and by signing below, makes application for Club membership, pursuant to the terms and conditions set forth in this Agreement.

**4. Qualification For Club Membership.** Applicant understands and agrees that Club membership is available only to those applicants that qualify for such membership. The Club has sole and absolute discretion in determining whether Applicant qualifies for membership and Applicants shall have no rights in relation to membership or membership application other than as set forth herein. The Club shall not discriminate based upon gender, nationality, religion, creed or ethnic background. However, it shall only grant membership to applicants that meet the membership criteria at the Club's sole discretion.

**5. Membership Qualification Criteria.**

**a.** Must be a Referral, such as via; other members, clinical affiliates, friends, family, physicians, Delta websites, Delta viral media, public relations, social networks and web portals, etc.

**b.** Must agree and comply with all membership terms and conditions.

**c.** Must have access to a device with internet service in order to access the website(s) and back office member portal (this can also be accomplished via family or close friend advocate).

**d.** Must possess appropriate mindset towards self-treatment protocols.

**e.** Must possess financial capability.

**f.** Must possess family or close friend advocate support.

**g.** Must possess positive attitude towards research, learning and education.

**6. Club Membership Fee.** The current club membership fee is a non-refundable membership fee of Six Thousand Five Hundred Dollars USD $6,500, or as otherwise agreed upon by both parties. The club membership fee shall be charged and collected by the Club prior to or simultaneously with the submission of the application package for Membership.

**7. Holdback of Club Membership Fee Pending Application Review.** Club shall keep the Club Membership Fee in a special account pending determination of Applicants eligibility for

membership. This account shall be separate from the Club's operating accounts and shall be for the exclusive purpose of holding funds pending resolution of Applicant's application status and such funds shall not be available for use by the Club. The Club shall not transfer those funds representing the Club Membership Fee out of the special account and utilize such funds until membership status has been determined and Applicant has either been denied or approved. Applicant is not entitled to any interest payment on such funds. Failure of Applicant to become a member of the Club shall result in the return of the Club Membership Fee to Applicant in full, less applicable compliance, banking, clearing and or international wire fees.

**8. Determination of Membership.** Within five (5) business days of receiving both a full and complete application package, and the entire Club Membership Fee, the Club shall commence review of the Applicant's application package to determine eligibility for Club membership. The Club shall provide Applicant with a response indicating Club's acceptance or declining of the membership application within this same time period. The Club shall determine eligibility in its sole and absolute discretion and its findings shall be final.

**9. Failure to Provide Fee or Required Information.** Applicant's failure to make the Club Membership Fee payment in full or failure to provide a complete application package negates the Club's obligation to commence (or continue) processing the Applicant's application.

**10. Return of Funds If Application Denied.** Should an Applicant be denied membership for failing to qualify or for failing to provide required information or otherwise, then the Club shall refund (less applicable compliance, banking, clearing and or international wire fees) and return the entire Club membership Fee to Applicant in full within ten (10) business days of denial of membership,

**11. Use of Funds If Membership Granted.** In the event Club accepts Applicant as a member then Applicant's Club Membership Fee shall be immediately released from the special account referred to above and shall become immediately and irrevocably earned by the Club in full and shall become non-refundable.

**12. Club Funds.** The Club shall disburse the Club Membership Fee funds in furtherance of Club purposes as it in its sole discretion deems appropriate. Club funds shall be expended pursuant to those documents that govern the operation and running of the private Club.

**13. Club Information.** The Club disseminates information primarily (although not exclusively) via its web site. In the event of acceptance as a member, Applicant will be provided with a "User Name" and Password that will enable Applicant to access the "Member Portal" back office section of the Club's web site. In order to best serve the world wide membership platform, the Club requires for the Applicant to use the internet as the primary method of obtaining information, education, support in programs and access to the Case Management resources from the Club.□

**14. Terms and Conditions.** Applicant understands and agrees that if Applicant is accepted as a member of the Club, then continuing membership is subject to the terms and conditions of

membership as determined by the Club from time to time. The club reserves the right to refuse, or limit the granting of new memberships, with the purpose to provide quality control and first class membership support to all current members, and

**a.** Applicant understands that Club through or by its officers, directors, trustees, affiliates, members, consultants, advisors, contractors, employees and or agents do not provide medical advice or treatment for medical conditions of any kind.

**b.** Applicant understands that the Club self treatment protocols are intended for educational and informational purposes only, and are not intended to be a substitute for a health care provider's consultation.

**c.** Applicant understands the importance of consulting their own physician or appropriate health care provider about the applicability of any information provided by the Club, its officers, directors, trustees, affiliates, members, consultants, advisors, contractors, employees and or agents.

**d.** Applicant understands that the Club's officers, directors, trustees, affiliates, members, consultants, advisors, contractors, employees and or agents are not licensed physicians. They are educators. As educators, they do not diagnose disease, treat illness, or prescribe medication. As educators, they provide information on matters relating to ill health and in maintaining well-being through enhancement and support of the inherent healing capacity of the individual's body by using natural means. The education provided by the Club is alternative and complimentary to healing arts philosophies.

**e.** Applicant is asked to check with a physician if Applicant suspects that he/she is ill, or believe that he/she may have one of the problems discussed at the workshops and seminars or conference calls, as many problems and disease states may be serious and even life-threatening. Also note that medical information changes rapidly, therefore, some information provided at the website, back office member panel, archives, and online workshops may be out of date or even possibly inaccurate and erroneous. The Club does not recommend or endorse any specific test, products, or procedures that may be mentioned at the workshops by agent(s). Any opinions expressed at the workshops are the opinions of the agent(s). The Club does not assume any liability for the contents of any material provided at the workshops. Reliance on any information provided at the workshops is solely at Member's own risk. The Club and or its officers, directors, trustees, affiliates, members, consultants, advisors, contractors, employees and or agents assumes no liability or responsibility for damage or injury, or even death to persons or property arising from any experimental use of any products, technologies, information, idea, or instruction contained in the materials or content provided to Applicant. The Club reserves the right to change or discontinue at any time any aspect or feature of the workshops or web content. The information presented at workshops or website(s) should not be considered complete, nor should it be relied on to suggest a course of treatment for a particular individual. It should not be used in place of a visit, call, consultation or the advice of a physician or other qualified health care provider. Information obtained at the workshops or website(s) is not exhaustive and does not cover all diseases, ailments, physical conditions or their treatment. Should Applicant have any health care

related questions, Applicant shall call or see a physician or other qualified health care provider promptly. Applicant shall always consult with a physician or other qualified health care provider before embarking on any alternative treatment program, or the application of products and technologies thereof.

**f.** Applicant should never disregard medical advice or delay in seeking it because of something Applicant has learned at workshops or off the website(s). It is the Applicant's sole choice and responsibility to implement self treatment protocols or the use of any supplements (i.e. vitamins, formulas and minerals), herbs, homeopathic preparations, nutraceuticals, foods, as only suggested by Club or its officers, directors, trustees, affiliates, members, consultants, advisors, contractors, employees and or agents.

**g.** Applicant recognizes that Club is an educational research club and is limited in its ability to advice the member with respect to emergency medical conditions and complications that may arise during the course of membership.

**h.** Applicant understands that he/she is responsible for diagnostics, medical emergency intervention, and the like, with respect to the home based program.

**i.** Applicant acknowledges that no representations or guaranties have been made by Club to the Member regarding the success or outcome of self treatment research and, or self administration protocols and programs.

**j.** Applicant represents that all information that he/she has provided to Club is true and accurate and agrees that if there is a material change in the information provided; Applicant will promptly notify Club of any such changes.

**k.** Applicant hereby agrees and authorizes the DELTA MEMBER SERVICES, INC and its global organization to use, reproduce, and publish photographs, videos and or medical records that may pertain to Applicant case without compensation. Applicant understands that this material may be used in various publications, public affairs releases, recruitment materials, documentary films, broadcast public service advertising (PSAs) or for other related endeavors. Those trial and or case study materials may also appear on DELTA MEMBER SERVICES, INCs Internet Website(s). This authorization is continuous and may only be withdrawn by Applicants specific written rescission of this authorization. Consequently, the DELTA MEMBER SERVICES, INC may publish materials, photographs, and or make reference to Applicant in any manner that the DELTA MEMBER SERVICES, INC deems appropriate in order to promote the BX protocol and membership network to the rest of the world.

**l.** Applicant acknowledges that one of the value-added member benefits offered at the private club, identified as the BX Energy Catalyst, is regulated in Canada as a homeopathic medicine; therefore, labels pertaining to distribution in specific countries, such as Canada and the United States, may omit certain product designations contained on the BX Protocol website such as; BX, BX Energy Catalyst, BX Antitoxin, etc., in order to maintain labeling standards within that specific jurisdiction. Some countries may also require a prescription from a duly licensed

practitioner. Delta Healthcare practitioners must evaluate each member to determine applicability of product based on the members needs and evaluate the need for a prescription based on jurisdictional considerations. Delta must verify qualifications of potential members before granting access to this member benefit. UPC/NDC Numbers are available upon request and jurisdictional requirements for disclosure.

**m.** In consideration for education received, Member releases and forever discharges Club and their heirs, officers, directors, trustees, affiliates, members, consultants, advisors, contractors, employees and or agents from all liability claims, loss, damages, injuries, present and future, known and unknown, in any manner arising out of any negligence in the providing of education or related to the self treatment protocol(s). This waiver of liability and hold harmless release covers all damages, whether or not contemplated at the present time and includes situations undeveloped and unknown at the present time, as well as those now known.

**15. Term and Termination.** Should Applicant be accepted as a member of the Club, the term of membership shall be for one (1) year (from date of registration). Membership shall automatically terminate at the term of this membership period. Prior to or at termination of Membership, Applicant may apply for membership renewal in accordance with the Club's terms and conditions for renewal of membership in effect at that time.

**16. Transferability of Membership.** A Club member may transfer their membership to persons who qualify to be a Member as set forth in this agreement. A transferred membership applies to a 12 month period adjusted by subtracting the amount of days expended by the transferring member. All persons to whom the membership is to be transferred shall be subject to the terms and conditions of this agreement.

**17. Club Operation and Control.** The operation and control of the Club is determined solely and exclusively by the Board of Governors of the Club and in accordance with those legal documents that regulate the Club. Applicant has no ownership, partnership, control or any other rights other than as set forth herein.

**18. Limitation of Liability.** Applicant agrees that Club together with all of its officers, directors, trustees, affiliates, members, consultants, advisors, contractors, employees and or agents are not liable in any way whatsoever for the medical affairs of Applicant, and Applicant hereby fully and forever releases and holds Club (together with its officers, directors, trustees, affiliates, members, consultants, advisors, contractors, employees and or agents) harmless from all matters (howsoever arising) out of this Agreement, out of Applicant's application, out of any subsequent admission or denial of membership of the Club and out of any membership activities within the Club. Pursuant to and in accordance with these release and hold harmless provisions, Applicant understands and agrees that Club is not responsible in any way whatsoever for any of the information, research, education, technologies, preparations, processes, strategies, contacts, products, services, and/or ideas that Applicant may become aware of, use or refrain from using by virtue of interacting with the Club, its members, its affiliates, or those persons who make products or services available to the Club and its members and that Applicant does so (or refrains from doing so) entirely at Applicant's own risk. The Club does not provide medical advice of any

nature whatsoever, and recommends that Applicant and members always seek their own competent medical or other professional's advice in relation to all matters.

**19. Applicant Representation and Full Disclosure Requirements.**

**a.** If Applicant is an agent of a government, a quasi-government agency or even government employee, full disclosure of Applicant's relationship to government must be provided by the Applicant to the club.

**b.** If membership is granted, Applicant will not use or cause to be used the proprietary information obtained or shared as a basis for any legal or subversive action against the Club or any members.

**c.** Applicant will not copy and or distribute, by any means, without written permission, Club or clinical affiliate information or documentation.

**20. Commissioning Construction of Technologies for Self Enhancement Protocols.** By this Private Research Club Membership Agreement, Applicant does herewith commission Club and or its affiliates to construct and develop for Applicant's personal research under private membership agreement with Club various technologies including but not limited to energy catalysts, nutraceuticals, multi-molecular oxygen generators and other proprietary technologies. Applicant understands and agrees that these technologies are to be used in accordance with the US Code of Federal Regulations 21 subpart D-Exemptions, Section 807.65, paragraph (b) and/or (d) and/or (f). "Section 807.65 Exemptions for the device establishments. The following classes or persons are exempt for registration in accordance with section 807.20 under the provisions of section 510(g) (1), (2), and (3) of the act, or because the Commissioner has found, under section 510 (g)(4) of the act, that such registration is not necessary for the protection of the public health. (b) A manufacturer of devices to be used solely for veterinary purposes. (d) Licensed practitioners, including physicians, dentist and optometrist, who manufacture or otherwise alter devices solely for use in their practice. (f) Persons who manufacture prepare, propagate, compound or process devices solely for the use in research, teaching or analysis and do not introduce such devices into commercial distribution. Applicant understands that all general, technical and historical written and or recorded information supplied along with these technologies are in no way to be interpreting as claims for any cures of any diseases or medical conditions by the use of these technologies. Applicant further understands and agrees that the commissioned Club is not responsible for any liability from the misuse (not following treatment protocols) of the technologies provided under the private membership. Applicant agrees to respect and defend the intellectual property rights, any proprietary designs and components relating to these technologies; that Applicant will not seek to copy, exploit or make vulnerable in any fashion or way these rights to the detriment of the commission innovator and owner of such intellectual property. ALL USE OF THESE TECHNOLOGIES ARE INTENTED FOR ADDRESSING ISSUES OF BIO-ELECTRIC DEPLETION AND OSCILLATORY DISEQUILIBRIUM AND MUST BE CONSIDERED AS EXPERIMENTAL WITH NO CLAIMS OF ANY CURES BEING MADE BY THE CLUB, DELTA MEMBER SERVICE, INC., AND OR ITS AFFILIATES AND AGENTS.

**21. Dispute.** In the event of any dispute arising out this Agreement, the prevailing party shall be entitled to all attorney's fees and costs from the non-prevailing party.

**22. Choice of Law and Choice of Forum.** This Agreement shall be deemed and construed to be under the laws of the State of Utah. This Agreement shall bind both parties individually and collectively. Any and all disputes that may arise out of, or in connection with this agreement shall be subject to Binding Arbitration. All Disputes arising in connection with this agreement shall be settled under the State of Utah arbitration rules and/or procedures established thereby. The arbitrator's decision shall specifically set forth the facts and separately state the applicable law upon which the decision lies. The decision of the arbitrator shall be final and binding upon the parties. The place of Arbitration shall be in the State of Utah.

**23. Final Agreement:** This Agreement constitutes the entire understanding and final expression of the agreement between the parties regarding the subject matter of the Agreement and supersedes any and all prior or contemporaneous communications, all of which are merged into this Agreement. This Agreement shall not be modified, amended, supplemented or altered, except by an instrument signed by both parties. This Agreement is intended to cover services provided both before and after the date of this Agreement.

**24. Severability.** If any provision in this Agreement is deemed illegal, unenforceable or void, such provision shall be considered not a part of this Agreement and the remaining provisions herein shall remain in full force and effect.

**25. Authority and Capacity.** In signing this agreement, Member acknowledges and represents that he/she has read the foregoing agreement in its entirety, understands it and signs it voluntarily as Member's own free act and deed; no oral representations, statements, or inducements, apart from the foregoing written agreement, have been made; Member is at least eighteen (18) years of age and fully competent; and Member executes this agreement for full, adequate and complete consideration fully intending to be bound by same.

IN WITNESS WHEREOF, I have solely agreed and accepted to digitally sign and execute this agreement on today's date.

**REGISTRANT and APPLICANT for Membership:**

First Name: Allen

Last Name: Reuben

Date: **6/20/2012**

**CLUB:**
By: DELTA MEMBER SERVICES, INC.
A UTAH CORPORATION

URGENT AIRBAG

Obituaries

## SERVICES



Dignity MEMORIAL

**Sparkman/Hillcrest Funeral Home & Memorial Park**
7405 West Northwest Highway
Dallas, TX 75225
(214) 363-5401

**Website**
**View Map**
**Send Flowers**

For more information about

ALLEN REUBEN

**View Funeral Home Obituary**

## RESOURCES

Reuben Pages (100+) See More >

Reuben Mentions See More >

Reuben Records (7)

# ALLEN REUBEN

Obituary › Condolences › Gallery



Reuben, Dr. Allen Geoffrey Dr. Allen Geoffrey Reuben, beloved husband, father, son, brother, physician, colleague, and friend passed away on August 13, 2012 in Dallas, Texas. Allen was born on March 20, 1952 in Dallas to David and Rose Reuben. He graduated from Hillcrest High School and received his B.S. in Biology from UT Arlington. He earned his M.D. from UT Southwestern Medical School and completed Infectious Disease fellowships at the VA Hospital in Houston and MD Anderson Cancer Center in Houston. Since 1991 Dr. Reuben practiced medicine in Dallas and the surrounding counties. In 2009 Dr. Reuben was recognized by his peers as a "Best Infectious Disease Medicine and Internal Medicine Specialist" in D Magazine. Dr. Reuben loved being a physician and helping his patients to overcome serious illnesses. He always exuded kindness and optimism with patients and family members as well as members of the nursing staff and other colleagues. He will leave a void in the medical community. Allen was a dedicated family man. A father first in his home, Allen never missed an opportunity to be available to his loving family. He loved his wife of twenty years, Tammy, and she was the love of his life and his soul mate forever. He cherished and adored their five children. Everyone knew where his priorities and heart were on a daily basis. He was extremely proud of each one's accomplishments and talked endlessly of his love for them. He is survived by wife, Tammy Reuben; five children, Danielle, Grant, Autumn, Garrett, and Faith; father, David Reuben; sister and brother-in-law, Louise and Philip Elam. He was preceded in death by his mother, Rose Reuben. A memorial service will be held at 10:30 a.m. on Friday, August 17, 2012 at Our Redeemer Lutheran Church, 7611 Park Lane, Dallas TX 75225. In lieu of flowers, memorial contributions may be made to the: Reuben's Children's Scholarship Fund, 4287 Beltline Rd #271, Addison, TX 75001. For more information, please visit http: //www.sparkman-hillcrest.com

SPARKMAN-HILLCREST FUNERAL HOME
Dignity 7405 W. Northwest Hwy. Dallas, TX 75225 (214) 363-5401
Condolences may be offered at www.sparkman-hillcrest.com

EXHIBIT D

Published in Dallas Morning News from Aug. 16 to

## YOUR SEARCH HIST

**Records for Reuben in TX**

- View 1 Birth Records
- View 1 Marriage Records
- View 4 Ancestry Death Records

Sponsored by



**Funeral Etiquett**
Expert advi do and say someone d




## PLANNING GUIDE



Free funeral plannin compliments of Sparkman/Hillcrest F Home & Memorial P

DOWNLOAI

Aug. 17, 2012

## REMEMBER

Share memories or express condolences below. **VIEW ALL**

Add a memory or condolence to the guest book

ADD MESSAGE

*"I miss knowing you are here on this earth Dr. Reuben. YOU..."*
**-susan andro**

*"I worked with Dr Rueben at Presbyterian Hospital my first..."*
**-Emi Hosoda , MD**

**View All Messages** 53

**ADD PHOTOS** **ADD VIDEOS**



Funeral etiquette and advice

**1/15**



Our guide to writing an obituary will help you compose the perfect tribute to your loved one (without leaving out crucial details).

Read More

## RESOURCES

- Send Funeral Flowers
- Donate to Charity

## FIND ADVICE & SUPPORT

- Funeral Etiquette
- How to Write a Sympathy Note

< BACK TO TODAY'S OBITUARIES

powered by Legacy.com®

© Copyright 1999-2016 Legacy.com All Rights Reserved | Questions? Contact us | Search obituarie