**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| THE ESTATE OF ALLEN REUBEN, DECEASED<br><br>Plaintiffs,<br><br>v.<br><br>HOPE4CANCER INSTITUTE, LLC, ANTONIO JIMENEZ, MD, and DEWAYNE SMITH PhD, Individually<br><br>Defendants. | Civil Action No.<br><br>3:15-cv-2357-D<br><br>***Jury Trial Requested*** |

**ORDER GRANTING MOTION TO DISMISS**
**FOR LACK OF PERSONAL JURISDICITON**

CAME ON BEFORE THE COURT, Defendant DEWAYNE SMITH, PhD's Motion to Dismiss for Lack of Personal Jurisdiction. Finding that the Motion is with merit, the Court dismisses all claims of the Plaintiff made against DeWayne Smith, PhD for lack of jurisdiction without prejudice to the refiling of same.

SIGNED ON THIS THE ___ DAY OF _________, 2016 AT DALLAS, TEXAS.

__________________________
UNITED STATES
DISTRICT JUDGE