IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ESTATE OF ALLEN REUBEN, DECEASED, | § § § | |
| Plaintiff, | § § | |
| | § | Civil Action No. 3:15-CV-2357-D |
| VS. | § § | |
| HOPE4CANCER INSTITUTE, LLC, et al., | § § § | |
| Defendants. | § | |

Compliance date:   May 24, 2016

## **ORDER**

According to the court's records, defendants Hope4Cancer Institute LLC and Antonio Jimenez, M.D. have been in default for a period in excess of 90 days. Pursuant to N.D. Tex. Civ. R. 55.1, the court orders plaintiff to move for entry of a default and a default judgment, and otherwise to comply with Rule 55.3, no later than the compliance date specified above. Otherwise, the court will dismiss this action, without prejudice, as to all defendants to which this order pertains.

**SO ORDERED**.

May 3, 2016.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE