UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THE ESTATE OF ALLEN REUBEN, DECEASED<br><br>Plaintiffs,<br><br>v.<br><br>HOPE4CANCER INSTITUTE, LLC, ANTONIO JIMENEZ, MD, and DEWAYNE SMITH PhD, Individually<br><br>Defendants. | Civil Action No.<br><br>3:15-cv-2357-D |

## PLAINTIFF'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(A) (1), Plaintiff, Rex Nichols, Independent Executor of The Estate of Allen Reuben, Deceased ("Plaintiff") files this Motion to Dismiss its cause of action against HOPE4CANCER INSTITUTE, LLC, and ANTONIO JIMENEZ, MD, and would respectfully show unto the Court the following:

1. Plaintiff has entered into a written settlement agreement with HOPE4CANCER INSTITUTE, LLC, and ANTONIO JIMENEZ, MD, and the settlement amount has been paid. All matters in controversy between Plaintiff, Hope4Cancer and Jimenez them have been resolved. Plaintiff no longer wishes to pursue this matter against Hope4Cancer Institute, LLC and

1

Antonio Jimenez, MD, and requests that the Court dismiss this matter with prejudice to refiling same.

2. Many settlement discussions have occurred with Counsel for Defendant, Dewayne Smith, PHD, but these discussions did not result in a settlement of all issue. This Motion is not being made against this Defendant and Plaintiff requests that Plaintiff's cause of action against Dewayne Smith, PHD, remain pending with this court.

Respectfully Submitted,

*/s/ Bruce Patton*

_____
Bruce Patton
TBN: 15626200
bpattonlaw@gmail.com

5720 Marquita #11
Dallas, Texas 75206
(972) 803-5365
(972) 468-9544– facsimile
**Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

I, the undersigned attorney hereby certify that a true and correct of the foregoing instrument was delivered to the following lawyers:

*Doug Dube, Attorney for Hope4Cancer and Jimenez:*
*dube.law.office@gmail.com*

*Charles Peckham, Attorney for Dewayne Smith:*
*cpeckham@peckhampllc.com            /S/Bruce Patton*
*_____*
                                    *Bruce Patton*

2