IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ESTATE OF ALLEN REUBEN, DECEASED, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:15-CV-2357-D |
| VS. | § | |
| | § | |
| HOPE4CANCER INSTITUTE, LLC, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Plaintiff's May 24, 2016 motion to dismiss is granted, and plaintiff's actions against defendants Hope4Cancer Institute, LLC and Antonio Jimenez, M.D. are dismissed with prejudice. Plaintiff's action against defendant Dewayne Smith, Ph.D. remains pending at this time.

**SO ORDERED**.

May 31, 2016.

SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE