IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ESTATE OF ALLEN REUBEN, DECEASED, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:15-CV-2357-D |
| VS. | § | |
| | § | |
| HOPE4CANCER INSTITUTE, LLC, et al., | § | |
| | § | |
| Defendants. | § | |

**JUDGMENT**

For the reasons set out in a memorandum opinion and order filed today, it is ordered and adjudged that plaintiff's action against defendant Dewayne Smith, Ph.D. ("Dr. Smith") is dismissed without prejudice.

Dr. Smith's taxable costs of court, as calculated by the clerk of court, are assessed against plaintiff.

Done at Dallas, Texas September 21, 2016.

SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE